**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

ASARE KWABENA                :

                             :

                             :

          Plaintiff,        :

                             :

         VS.             :          4:17-CV-00203-CDL-MSH

                             :

FOLKSTONE ICE PROCESSING   :

CENTER,                :

                             :

         Defendant.    :

_____

## ORDER

Plaintiff Asare Kwabena, filed a detainee Request Work Sheet which the clerk construed as a complaint. ECF No. 1. However, the substance of the filing involves the same issues as Plaintiff's other pending lawsuits, more specifically, a letter sent from Plaintiff to the court as part of that lawsuit. *Kwabena v. Warden of Stewart Detention Center*, No. 4-17-cv-00082 (M.D. Ga. filed April 17, 2017), ECF No. 13. As this filing appears to actually be intended for Plaintiff's other case, as it concerns the same request recently made in the same, this Court will consolidate the now two actions under Plaintiff's name.

Rule 42(a) of the Federal Rules of Civil Procedure authorizes this Court to consolidate actions that "involve a common question of law or fact."[1] Consolidation of

---

[1] "[T]he lack of any Rule 42(a) motion from any party in either of the two cases is no impediment to consolidation if the relevant considerations warrant same." *Chambers v. Cooney*, No. 07-0373-WS-B, 2007 WL 3287364, at *1 (S.D. Ala. Nov. 2, 2007) (citing *Devlin v. Transportation Comm.*

Plaintiff's now two cases will conserve judicial resources and permit the efficient resolution of his claims.  It is therefore **ORDERED** that cases 4:17-cv-00082-CDL-MSH and 4:17-cv-00203-CDL-MSH, be **CONSOLIDATED** and that case 4:17-cv-00203-CDL-MSH be **ADMINISTRATIVELY CLOSED**.

SO ORDERED, this 17th day of October, 2017.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE

---

*Int'l Union*, 175 F.3d 121, 130 (2nd Cir. 1999) ("A district court can consolidate related cases under Federal Rule of Civil Procedure 42(a) *sua sponte*.")).